# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

158995

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                          SC: 158995
                                                           COA: 345222
                                                           Macomb CC: 2012-001868-FC
STANLEY HERMAN,
        Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the December 20, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the July 12, 2018 order of the Macomb Circuit Court denying the defendant's motion for relief from judgment, and we REMAND this case to the trial court for reconsideration of that motion. The trial court's order denied the motion by indicating with a check mark that "Defendant's request is denied." This order failed to "include a concise statement of the reasons for the denial," as required by MCR 6.504(B)(2).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



b1216                                                      Clerk